99–1272. **Seven Hills Schools v. Tracy.**
Board of Tax Appeals, No. 97–M–1572. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, dismissed.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, September 13, 1999*

## MOTION DOCKET

98–2016. **Maumee v. Weisner.**
Lucas App. No. L–97–1409. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of the motion of *amicus curiae*, Ohio Attorney General Betty D. Montgomery, to participate in oral argument scheduled for September 21, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellant.

RESNICK, J., not participating.